SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>     Plaintiff,<br><br>  vs.<br><br>Joann Zamoyta, et al<br><br>     Defendants | Case No. **2:10-cv-00491-MCE-DAD**<br><br>STIPULATION TO EXTEND TIME UNTIL JULY 1, 2010 FOR DEFENDANTS JOANN ZAMOYTA INDIVIDUALLY AND D/B/A STAN'S TESORO; STANLEY ZAMOYTA INDIVIDUALLY AND D/B/A STAN'S TESORO TO RESPOND TO COMPLAINT; ORDER THEREON |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro, by and through their respective attorneys of record, Scott N. Johnson; Hendrick S. Crowell, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro until June 1, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro are granted an extension until July 1, 2010 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro response will be due no later than July 1, 2010.

IT IS SO STIPULATED effective as of May 27, 2010

Dated:   May 27, 2010                    /s/Hendrick S. Crowell__
                                         Hendrick S. Crowell,
                                         Attorney for Defendants
                                         Joann Zamoyta
                                         Individually and d/b/a
                                         Stan's Tesoro; Stanley

Zamoyta Individually and d/b/a Stan's Tesoro

Dated:  May 27, 2010            /s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro shall have until July 1, 2010 to respond to complaint.

Dated: June 3, 2010

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE