SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Joann Zamoyta, et al<br><br>        Defendants | Case No. **2:10-cv-00491-MCE-DAD**<br><br>**PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT; ORDER**<br><br>Joint Status Conference<br>Statement: June 13, 2010 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from June 14, 2010 to July 12, 2010.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint.  This complaint was filed on February 28, 2010; the 120 day time period for service would end on June 28, 2010.  Defendants Joann Zamoyta and Stanley Zamoyta were served on April 12,

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT and *proposed order*

CIV: S-10-cv-00491-MCE-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com

2010. Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after all Defendants are served. The joint status conference statement would be due June 14, 2010. Plaintiff filed a Stipulation and Proposed Order on May 21, 2010, granting Defendants an extension of time to respond to the complaint until June 1, 2010. Plaintiff has granted Defendants a second extension of time until July 1, 2010. A continuance of the date for filing a joint status conference statement from June 14, 2010 to July 12, 2010 would give the Defendants time to file a response to Plaintiff's complaint.

Dated: June 3, 2010           /s/Scott N. Johnson
                              Attorney for Plaintiff

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to July 12, 2010.

Dated: June 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS
CONFERENCE STATEMENT and *proposed order*

CIV: S-10-cv-00491-MCE-DAD - 2

PDF created with pdfFactory trial version www.pdffactory.com