SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Joann Zamoyta, et al<br><br>        Defendants | Case No. **2:10-cv-00491-MCE-DAD**<br><br>**PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT AND ORDER**<br><br>Joint Status Conference Statement: July 12, 2010 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from July 12, 2010 to August 16, 2010.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint.  This complaint was filed on February 28, 2010; the 120 day time period for service would end on June 28, 2010.  Defendants Joann Zamoyta and Stanley Zamoyta were served on April 12,

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS

CONFERENCE STATEMENT and *proposed order*

CIV: S-10-cv-00491-MCE-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com

2010. Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after all Defendants are served. The joint status conference statement would be due June 14, 2010. Plaintiff filed a Stipulation and Proposed Order on May 21, 2010, granting Defendants an extension of time to respond to the complaint until June 1, 2010. Plaintiff had granted Defendants a second extension of time until July 1, 2010. A third extension of time for Defendants to respond until August 2, 2010 has been filed. A continuance of the date for filing a joint status conference statement from July 12, 2010 to August 16, 2010 would give the Defendants time to file a response to Plaintiff's complaint.

Dated: July 7, 2010 /s/Scott N. Johnson

                                      Scott N. Johnson,

                                      Attorney for Plaintiff

PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS

CONFERENCE STATEMENT and *proposed order*

CIV: S-10-cv-00491-MCE-DAD - 2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to August 2, 2010.

    NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

Dated: July 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com