SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>Joann Zamoyta, et al<br><br>       Defendants | Case No. **2:10-cv-00491-MCE-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 2, 2010 FOR DEFENDANTS JOANN ZAMOYTA INDIVIDUALLY AND D/B/A STAN'S TESORO; STANLEY ZAMOYTA INDIVIDUALLY AND D/B/A STAN'S TESORO TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro, by and through their respective attorneys of record, Scott N. Johnson; Hendrick S. Crowell, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro until July 1, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro are granted an extension until August 2, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro response will be due no later than August 2, 2010.

IT IS SO STIPULATED effective as of July 2, 2010

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:   July 2, 2010 | /s/Hendrick S. Crowell__<br>Hendrick S. Crowell,<br>Attorney for Defendants<br>Joann Zamoyta<br>Individually and d/b/a<br>Stan's Tesoro; Stanley<br>Zamoyta Individually and<br>d/b/a Stan's Tesoro |
| Dated:   July 2, 2010 | /s/Scott N. Johnson ____<br>Scott N. Johnson,<br>Attorney for Plaintiff |

**IT IS SO ORDERED:** that Defendants Joann Zamoyta Individually and d/b/a Stan's Tesoro; Stanley Zamoyta Individually and d/b/a Stan's Tesoro shall have until August 2, 2010 to respond to complaint.

NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

Dated: July 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com